**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10306 |
| Plaintiff - Appellee, | D.C. No. 2:03-cr-00080-LDG |
| v. | |
| STEVEN KINNEY, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted November 17, 2009[**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Steven Kinney appeals pro se from the district court's May 29, 2008, order denying his requests for documents and to unseal a portion of the record. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

SZ/Research

The district court did not abuse its discretion when it denied Kinney's post-judgment motions.

**AFFIRMED.**